FILED'08 FEB 08 16:19 USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MARCI DOLAN,                        )
                                    )   Civil No. 05-3062-CL
            Plaintiff,              )
                                    )
    v.                              )
                                    )
UNITED STATES OF AMERICA,           )   ORDER
et al.,                             )
                                    )
            Defendants.             )

**PANNER, Judge.**

Magistrate Judge Mark D. Clarke has filed a Report and Recommendation, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). I review the Magistrate Judge's Report and Recommendation de novo. See 28 U.S.C. § 636(b)(1)(C); McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc., 656 F. 2d 1309, 1313 (9th Cir. 1981). I adopt the Report and Recommendation.

## DISCUSSION

Magistrate Judge Clarke concluded that defendants were

2 - ORDER

entitled to summary judgment on plaintiff's claims for sexual harassment, retaliation, negligence, and invasion of privacy. I have reviewed the Report and Recommendation, plaintiff's objections, and defendants' response to the objections, as well as the summary judgment briefs. I conclude that Magistrate Judge Clarke's thorough and comprehensive analysis of the issues is correct. Accordingly, I ADOPT the Report and Recommendation.

## CONCLUSION

Magistrate Judge Clarke's Report and Recommendation (#105) is adopted. Defendants' motion for summary judgment (#69) is granted.

IT IS SO ORDERED.

DATED this ___ day of February, 2008.

_____
OWEN M. PANNER
United States District Judge

2 - ORDER