FILED'08 MAR 17 12:55 USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MARCI DOLAN,

        Plaintiff,

v.

UNITED STATES OF AMERICA, et al.,

        Defendants.

Civil No. 05-3062-CL

ORDER

**PANNER, Judge.**

Magistrate Judge Mark D. Clarke has filed a Report and Recommendation, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). I have reviewed the Magistrate Judge's Report and Recommendation de novo. See 28 U.S.C. § 636(b)(1)(C); McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc., 656 F. 2d 1309, 1313 (9th Cir. 1981). I adopt the Report and Recommendation.

## CONCLUSION

Magistrate Judge Clarke's Report and Recommendation (#113)

1- ORDER

is adopted.  Defendants' bill of costs (#111) is denied.

IT IS SO ORDERED.

DATED this __17__ day of March, 2008.

*/s/ Owen M. Panner*
OWEN M. PANNER
United States District Judge